| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Ivan O. Castillo | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Ana G. Castillo | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW MEXICO | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7         12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Bank of America** <br><br> Description of property securing debt: **2014 Honda Accord EX Sedan 11,000 miles Average condition per nadaguides.com** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ■ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ■ No <br><br> ☐ Yes |
| Creditor's name: **Direct Capital** <br><br> Description of property securing debt: **Leased Equipment (6 year term): Edge bander, wide belt sander, dust collector, edge sander, and boring machine-debtor estimates value.** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ■ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ■ No <br><br> ☐ Yes |
| Creditor's **GECRB/Yamaha** | ■ Surrender the property. | ■ No |

| Debtor 1 | Ivan O. Castillo | | |
|---|---|---|---|
| Debtor 2 | Ana G. Castillo | Case number (if known) | |

| Creditor's name: | | ☐ Retain the property and redeem it. | ☐ Yes |
|---|---|---|---|
| Description of property securing debt: | 2015 Yamaha AR 190 Average condition per nadaguides.com | ☐ Retain the property and enter into a Reaffirmation Agreement. ☐ Retain the property and [explain]: | |

| Creditor's name: | Loancare Servicing Center | ☐ Surrender the property. ☐ Retain the property and redeem it. | ☐ No |
|---|---|---|---|
| Description of property securing debt: | 1201 Abrazo Rd. NE Rio Rancho, NM 87124  Sandoval County Average value per Realty One of New Mexico | ■ Retain the property and enter into a Reaffirmation Agreement. ☐ Retain the property and [explain]: | ■ Yes |

| Creditor's name: | Mercedes Benz | ☐ Surrender the property. ☐ Retain the property and redeem it. | ☐ No |
|---|---|---|---|
| Description of property securing debt: | 2014 Mercedes Benz Sprinter Work Van 20,000 miles Average condition per edmunds.com | ■ Retain the property and enter into a Reaffirmation Agreement. ☐ Retain the property and [explain]: | ■ Yes |

| Creditor's name: | Mountain America Credit Union | ☐ Surrender the property. ☐ Retain the property and redeem it. | ■ No |
|---|---|---|---|
| Description of property securing debt: | 2015 Flagstaff Classic Super Lite Average condition per nadaguides.com | ☐ Retain the property and enter into a Reaffirmation Agreement. ■ Retain the property and [explain]: Friend has and pays | ☐ Yes |

| Creditor's name: | Mountain America Credit Union | ■ Surrender the property. ☐ Retain the property and redeem it. | ☐ No |
|---|---|---|---|
| Description of property securing debt: | 2015 Keystone Avalanche Fifth Wheel Average conditon per nadaguides.com | ☐ Retain the property and enter into a Reaffirmation Agreement. ☐ Retain the property and [explain]: | ■ Yes |

| Creditor's name: | Sandia Laboratory FCU | ☐ Surrender the property. ☐ Retain the property and redeem it. | ■ No |
|---|---|---|---|
| Description of property securing debt: | 2011 GMC Sierra 1500 82,000 miles Clean condition per nadaguides.com | ■ Retain the property and enter into a Reaffirmation Agreement. ☐ Retain the property and [explain]: | ☐ Yes |

| Creditor's name: | Sheffield Financial | ☐ Surrender the property. | ■ No |

Debtor 1 Ivan O. Castillo
Debtor 2 Ana G. Castillo                                            Case number (if known) _____

| | | |
|---|---|---|
| name: | ☐ Retain the property and redeem it. | ☐ Yes |
| Description of property securing debt: Cargo Trailer, average value per internet search | ■ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | |

| | | |
|---|---|---|
| Creditor's name: Sheffield Financial | ☐ Surrender the property.<br>☐ Retain the property and redeem it. | ■ No |
| Description of property securing debt: Dump Trailer, average value per internet search | ■ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ☐ Yes |

| | | |
|---|---|---|
| Creditor's name: US Eagle Federal Credit Union | ☐ Surrender the property.<br>☐ Retain the property and redeem it. | ■ No |
| Description of property securing debt: 2011 Dodge Ram 3500 60,000 miles Average condition per nadaguides.com | ☐ Retain the property and enter into a Reaffirmation Agreement.<br>■ Retain the property and [explain]: Debtor's brother has and pays for the vehicle | ☐ Yes |

## Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

Describe your unexpired personal property leases                                  Will the lease be assumed?

Lessor's name:                                                                    ☐ No
Description of leased
Property:                                                                         ☐ Yes

Lessor's name:                                                                    ☐ No
Description of leased
Property:                                                                         ☐ Yes

Lessor's name:                                                                    ☐ No
Description of leased
Property:                                                                         ☐ Yes

Lessor's name:                                                                    ☐ No
Description of leased
Property:                                                                         ☐ Yes

Lessor's name:                                                                    ☐ No
Description of leased
Property:                                                                         ☐ Yes

Lessor's name:                                                                    ☐ No
Description of leased
Property:                                                                         ☐ Yes

Lessor's name:

| Debtor 1 | Ivan O. Castillo | | Case number (if known) | |
|---|---|---|---|---|
| Debtor 2 | Ana G. Castillo | | | |

Description of leased
Property:

☐ No

☐ Yes

### Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X /s/ Ivan O. Castillo
Ivan O. Castillo
Signature of Debtor 1

X /s/ Ana G. Castillo
Ana G. Castillo
Signature of Debtor 2

Date  April 5, 2017

Date  April 5, 2017

Official Form 108  Statement of Intention for Individuals Filing Under Chapter 7  page 4

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy